IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHELLE GRIGSBY, | ) | |
| Plaintiff, | ) ) ) | NO. 3:07-0808 |
| v. | ) ) | JUDGE HAYNES |
| SSA MURFREESBORO, ALC, LLC, d/b/a BROADMORE ESTATES AT MURFREESBORO, | ) ) ) ) | |
| Defendant. | ) ) | |

## O R D E R

Before the Court is the parties' joint motion for approval of settlement agreement (Docket Entry No. 27) of Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. § 2001 et seq. ('FLSA").

After review, the Court **APPROVES** the parties' settlement agreement of Plaintiff's FLSA claim and this action is **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the 11th day of April, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge